UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CORTEZ DAUNDRE JONES,

     Plaintiff,

 v.

DRUG ENFORCEMENT ADMINISTRATION,

     Defendant.

Case No. C23-1162 RSM

REPORT AND RECOMMENDATION

  Plaintiff Cortez Daundre Jones, proceeding *pro se*, has filed an application to proceed *in forma pauperis* ("IFP") in the above-entitled action. (Dkt. # 1.) Plaintiff's IFP application indicates that he is currently employed; received at least $324,000 in the past twelve months; and owns $324,000 in stocks. (*Id.* at 1-2.) He describes monthly expenses of $4,000. (*Id.* at 2.)

  After careful consideration of Plaintiff's IFP application, the governing law, and the balance of the record, the Court recommends that Plaintiff's IFP application (dkt. # 1) be DENIED because Plaintiff's IFP application fails to demonstrate that he cannot afford the $402.00 filing fee. Plaintiff shall pay the applicable filing fee, or submit a corrected IFP application, within **thirty (30) days** of the Honorable Ricardo S. Martinez's Order adopting this Report and Recommendation. If Plaintiff fails to pay the requisite filing fee, or submit a

ORDER - 1

corrected IFP application, this case may be dismissed. A proposed Order accompanies this Report and Recommendation.

Objections to this Report and Recommendation, if any, should be filed with the Clerk within **twenty-one (21) days** of the date on which this Report and Recommendation is signed. Failure to file objections within the specified time may affect your right to appeal. Objections should be noted for consideration on the District Judge's motions calendar for the third Friday after they are filed. If no timely objections are filed, the matter will be ready for consideration by the District Judge on **September 1, 2023**.

This Report and Recommendation is not an appealable order. Thus, a notice of appeal seeking review in the Court of Appeals for the Ninth Circuit should not be filed until Judge Martinez acts on this Report and Recommendation. The Clerk is directed to send copies of this Report and Recommendation to Plaintiff and to Judge Martinez.

Dated this 3rd day of August, 2023.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER - 2